```
 1                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3
     TORREZ MOORE,                           )  Docket No. 14 C 7096
 4                                           )
                         Plaintiff,          )
 5                                           )
                 vs.                         )
 6                                           )
     VILLAGE OF FLOSSMOOR, et al.,           )  Chicago, Illinois
 7                                           )  September 25, 2014
                         Defendants.         )  9:30 o'clock a.m.
 8

 9              TRANSCRIPT OF PROCEEDINGS - MOTION
             BEFORE THE HONORABLE CHARLES P. KOCORAS
10

11   APPEARANCES:

12
     For the Plaintiff:      MR. TORREZ MOORE, Pro Se
13                           3137 Redwood Court
                             Flossmoor, Illinois   60422
14

15   For the Defendants:     HARTIGAN & O'CONNOR P.C.
                             BY:  MR. MICHAEL R. HARTIGAN
16                           20 N. Clark St., Suite 1250
                             Chicago, Illinois   60602
17

18   Court Reporter:         MS. JOENE HANHARDT
                             Official Court Reporter
19                           219 S. Dearborn Street, Suite 1744-A
                             Chicago, Illinois   60604
20                           (312) 435-6874

21              * * * * * * * * * * * * * * * * *

22                   PROCEEDINGS RECORDED BY
                      MECHANICAL STENOGRAPHY
23               TRANSCRIPT PRODUCED BY COMPUTER

24

25
```

```
 1              THE CLERK:  14 C 7096, Moore vs. Village of Flossmoor,
 2   et al.  Motion to dismiss and strike.
 3              MR. MOORE:  Good morning, Judge.  How are you doing?
 4              THE COURT:  Good morning.
 5              THE COURT REPORTER:  Do you want to state your name
 6   for the record, please?
 7              MR. MOORE:  Torrez Moore.
 8              I am sorry.
 9              MR. HARTIGAN:  Good morning, Judge, Mike Hartigan for
10   the Village of Flossmoor and all of the individual defendants.
11              THE COURT:  Good morning.
12              MR. HARTIGAN:  It is our motion to dismiss.
13              Good morning.
14              THE COURT:  Mr. Moore, I have looked at your
15   complaint.  Let me ask you.  Your complaint is about not
16   getting water service to some property; is that it?
17              MR. MOORE:  Yes, sir.
18              THE COURT:  Why do you think that belongs in Federal
19   Court?
20              MR. MOORE:  I filed it in the Circuit Court.  They
21   moved it here.
22              THE COURT:  You moved it here?
23              MR. HARTIGAN:  We removed it.
24              There are numerous constitutional claims that have
25   been raised, Judge.
```

1           THE COURT:  This does not belong in Federal Court,
2    does it?
3           MR. MOORE:  I didn't think so.
4           MR. HARTIGAN:  Well, we don't think there is federal
5    claims that have any merit.  There is due process claims, equal
6    protection, things of that nature.
7           THE COURT:  This case does not belong here.  This is a
8    State Court matter.
9           The Constitution does not address whether somebody
10   gets water or does not get water.  I am not going to --
11          MR. HARTIGAN:  I have never seen a case like this.
12          THE COURT:  What?
13          MR. HARTIGAN:  I have never seen a case like this.  I
14   have seen cases --
15          THE COURT:  Well, I am just telling you.
16          MR. HARTIGAN:  Right.
17          THE COURT:  Does it make sense to you that the
18   Constitution is that trivial that it reaches that far down?
19          MR. HARTIGAN:  Well, no, Judge, but there are cases
20   that we cite where there is claims that a constitutional right
21   to utilities exists, but those types of claims have been
22   rejected.
23          I think Judge Gottschall addressed a case of that
24   nature.  So, they are all properly addressed in the motion,
25   Judge.

1    THE COURT:  He brought the case.  I understood.  I
2 thought he brought the case here in the first instance.
3    MR. HARTIGAN:  No, he brought it in Chancery.
4    THE COURT:  He did the right thing and brought it in
5 State Court, right?
6    MR. HARTIGAN:  He brought a complaint for injunctive
7 relief.
8    THE COURT:  Do you know, what?  You can keep talking
9 to me, but you are not going to make this a constitutional
10 claim.
11    MR. HARTIGAN:  Well, I didn't, Judge.  The plaintiff
12 pled it in such a way.
13    THE COURT:  That is specious.  Not specious, it is
14 frivolous to claim the Constitution is violated because he does
15 not get water service on vacant property.
16    Is it vacant property?
17    MR. MOORE:  Yes.
18    MR. HARTIGAN:  It is a foreclosed property.
19    THE COURT:  It is a foreclosed property?
20    You say he does not even have title to the property.
21    MR. HARTIGAN:  He doesn't.
22    THE COURT:  All of that stuff is for the State Court.
23    MR. HARTIGAN:  Right.
24    THE COURT:  It is not for the Federal Court.
25    MR. HARTIGAN:  Well, he has no property interest in

```
 1  the property.
 2          THE COURT:  I know.
 3          MR. HARTIGAN:  It's been revoked.
 4          THE COURT:  But you can tell that -- that is fine, but
 5  that is a matter for State Court, really.
 6          MR. MOORE:  I agree, Judge.
 7          THE COURT:  I mean, I do not -- really, I think the
 8  Constitutional of the United States -- I am not denigrating
 9  someone's claim that they are not getting any water.  Sometimes
10  that can be a calamitous situation.
11          MR. MOORE:  Yes, sir.
12          THE COURT:  But the Constitution does not address
13  those kinds things of things, in my judgment.
14          I am going remand the case to State Court.
15          MR. HARTIGAN:  Okay.
16          THE COURT:  So, that is where it goes.
17          MR. MOORE:  We already have a date for that, Judge.
18          THE COURT:  What?
19          MR. MOORE:  We already have a date for that.
20          MR. HARTIGAN:  We have a date in December.
21          THE COURT:  In State Court?
22          MR. MOORE:  Yes, sir.
23          MR. HARTIGAN:  In State Court.
24          THE COURT:  Oh, well, good.  Have a good time there.
25          (Laughter.)
```

```
1              THE COURT:  And let justice be done.
2              MR. HARTIGAN:   Thank you, Judge.
3              MR. MOORE:  Thank you.
4              THE COURT:  I appreciate both of you coming in.
5              MR. MOORE:  Yes, sir.
6              MR. HARTIGAN:   It is good to see you.
7              THE COURT:  All right.
8                          *   *   *   *   *
9   I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
10
11  /s/ Joene Hanhardt                   September 29, 2014
    Official Court Reporter
12
```